## Ransom *v.* Fuller.

APPEAL from Circuit Court of Morgan.

Tried before the Hon. OSCEOLA KYLE.

E. W. GODBEY, for appellant.

RUSSELL & LYNNE, for appellee.

This was a statutory trial of the right of property. The appellant, W. T. Ransom, commenced a suit by attachment against one J. L. Cook. To the property levied upon under the writ of attachment, the appellee, Luther Fuller, interposed a claim as provided for by statute. In the trial of the claim suit judgment was rendered for the claimant, from which judgment the plaintiff prosecuted the present appeal.

Judgment affirmed.

Opinion by HARALSON, J.

---

## Haliburton *v.* The State.

APPEAL from the City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted and tried for an assault with intent to murder, and was convicted of assault and battery and fined five hundred dollars.

The judgment of conviction is affirmed.

Opinion PER CURIAM.